UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO ALMONTE HERNANDEZ, ARMANDO ARAUJO LINO, JAVIER ARZOLA RAMIREZ, GALDINO LUNA CORTES, JAVIER RAMOS FROYLAN, and MOISES PALACIOS-CARREON,<br><br>Petitioners,<br><br>v.<br><br>LAURA HERMOSILLO et al.,<br><br>Respondents. | CASE NO. 2:25-cv-2464<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) This case is hereby transferred to the Honorable Tiffany M. Cartwright, as related to Case No. 3:25-cv-05240-TMC. All future documents filed in this case must bear cause numbers ending in "TMC" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

MINUTE ORDER - 1

Dated this 9th day of December 2025.

          Ravi Subramanian
          Clerk

          */s/Ashleigh Drecktrah*
          Deputy Clerk

MINUTE ORDER - 2